UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINESE AMERICAN LEGAL DEFENSE ALLIANCE,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.<br><br>*Defendants*. | Civil Action No. 24-0577 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's order of December 4, 2024, Plaintiff Chinese American Legal Defense Alliance and Defendants Federal Bureau of Investigation ("FBI") and the Department of Justice National Security Division ("NSD"), by and through undersigned counsel, report to the Court as follows.

1.      This action involves a Freedom of Information Act ("FOIA") request dated April 27, 2023, submitted to the FBI and which contains three subparts as set forth more fully in the request (ECF No. 1-6)

2.      The FBI assigned the third subpart of the request as NFP-149803, and provided a response to that request dated May 10, 2023, stating that the request was overly broad and non-compliant with applicable regulations as set forth more fully in that letter.  (ECF No. 1-8).  Plaintiff disputed that position and submitted an administrative appeal.  (ECF No. 1-9).  The Department of Justice Office of Information Policy issued a decision in September 2023, affirming the action taken by the FBI.  (ECF No. 1-11).   The remaining subparts of the request, assigned NFP-149804 and NFP-149805, were routed to the NSD for processing.

3.      FBI and NSD state the following as to the status of the processing of the subparts

of the request:

FBI:    Without waiving its position that the third subpart of the request is overly broad and non-compliant with applicable regulations, the FBI has, since the last status report, advised Plaintiff that it has identified two closed investigations that contain approximately 297,000 pages of potentially responsive records in response to the third subpart of the FOIA request (noting that any other investigations that might contain responsive records are open investigations and, therefore, would not be subject to processing under Exemption 7(A)).  As that volume would be unduly burdensome to process, the FBI has proposed to process and produce a sample of 2000 pages of records (recognizing that some of the produced pages may reflect withholdings in full) over a four- month period beginning on approximately March 31, 2025, to assist Plaintiff in determining whether it wishes to continue to pursue the third subpart of the request or to otherwise assist the parties in potentially narrowing that subpart (in that event this sample production may allow Plaintiff to determine how best to narrow the request in a manner that will reduce the number of responsive records so the FBI can process a more manageable quantity of records).  As part of that proposal, the FBI has continued to reserve its right to file a motion to address whether the third subpart of the request is a valid request under FOIA in the event the processing of the sample fails to resolve the third subpart of the request or substantially narrow it. Plaintiff has agreed to the FBI's proposal.

NSD:    As stated in a prior status report, NSD has completed its search for records responsive to the first and second subpart of the request, Plaintiff's counsel confirmed by email dated August 29, 2024, that Plaintiff agreed to NSD's narrowing proposal, and NSD has completed the processing of the first and second subpart of the request.

4.      Based on the above, the parties propose they file a further joint status report by April 10, 2025.

Respectfully submitted,

*/s/ C. Peter Sorenson*
C. Peter Sorenson, DC Bar #438089
Sorenson Law LLC
PO Box 10836
Eugene, OR 97440
(541) 606-9173
peter@sorensonfoialaw.com

*Counsel for Plaintiff*

AND

EDWARD R. MARTIN, JR.
D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By*:   /s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Attorneys for United States of America*